# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## PINE BLUFF DIVISION

LYNNEL WATKINS
ADC #144510                                                    PLAINTIFF

v.                           No. 5:19-cv-180-DPM-BD

TURNER, Sergeant, Pine Bluff Unit;
ATKINS, Building Major, Pine Bluff
Unit;  GAYLON LAY, Warden, Pine
Bluff Unit;  and DALE MARSHALL REED,
Deputy Assistant Director, Pine Bluff Unit          DEFENDANTS

## ORDER

On *de novo* review, the Court adopts Magistrate Judge Deere's partial recommendation, № 7, and overrules Watkins's objections, № 9. FED. R. CIV. P. 72(b)(3).  If Watkins wants to raise additional facts, then he must do so in a motion to amend his complaint—not in his objections to the recommendation.  As the complaint stands now, Watkins's claims against Turner and Reed are dismissed without prejudice, as are his claims that Lay failed to adequately investigate his grievance and discipline Atkins.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

10 July 2019