IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

LYNNEL WATKINS
ADC #144510                                                              PLAINTIFF

v.                              No. 5:19-cv-180-DPM-BD

ATKINS, Building Major, Pine
Bluff Unit; and GAYLON LAY,
Warden, Pine Bluff Unit                                                 DEFENDANTS

## ORDER

On *de novo* review, the Court adopts Magistrate Judge Deere's partial recommendation, № 19, and overrules Watkins's objections, № 24. FED. R. CIV. P. 72(b)(3). Motion to dismiss, № 13, partly granted and partly denied. Watkins can't recover money damages from Atkins and Lay in their official capacities. Those claims are therefore dismissed with prejudice. But Watkins's individual capacity claims against them go forward.

So Ordered.

*[signature]*
D.P. Marshall Jr.
United States District Judge

12 September 2019