# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# PINE BLUFF DIVISION

**LYNNEL WATKINS**
**ADC #144510**                                             **PLAINTIFF**

v.                      No. 5:19-cv-180-DPM-BD

**ATKINS, Building Major, Pine**
**Bluff Unit; and GAYLON LAY,**
**Warden, Pine Bluff Unit**                                 **DEFENDANTS**

## ORDER

On *de novo* review, the Court adopts Magistrate Judge Deere's partial recommendation, № 32, and overrules Watkins's objections, № 37. FED. R. CIV. P. 72(b)(3). Watkins exhausted Grievance PB-18-149; but that grievance didn't mention Warden Lay and thus didn't exhaust any claims against him. № 32 at 3 & № 37 at 4. The motion for partial summary judgment, № 27, is therefore granted. Watkins's claims against Lay are dismissed without prejudice for failure to exhaust.

So Ordered.

*/s/ D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

13 December 2019