**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION**

**LYNNEL WATKINS**                                                                                          **PLAINTIFF**

**V.**                            **CASE NO. 5:19-CV-180-DPM-BD**

**TURNER,** *et al.*                                                                                           **DEFENDANTS**

## RECOMMENDED DISPOSITION

**I.    Procedure for Filing Objections:**

This Recommendation for dismissal has been sent to Chief Judge D.P. Marshall Jr. Any party may file objections with the Clerk of Court if they disagree with the findings or conclusions set out in the Recommendation. Objections should be specific and should include the factual or legal basis for the objection.

To be considered, objections must be filed within 14 days. If the parties do not file objections, they risk waiving the right to appeal questions of fact. And, if no objections are filed, Chief Judge Marshall can adopt this Recommendation without independently reviewing the record.

**II.    Discussion:**

Plaintiff Lynnell Watkins, an Arkansas Division of Correction inmate, filed this case without the help of a lawyer. (Doc. No. 2) Mr. Watkins claims that Defendants violated his rights by failing to protect him from attack by a fellow inmate. His only remaining claims are against Defendant Atkins. (Doc. Nos. 15, 38)

Defendant Atkins has now moved for dismissal based on Mr. Watkins's alleged failure to prosecute this lawsuit. (Doc. No. 46) According to papers filed by Defendant

Atkins, Mr. Watkins failed to attend his deposition that was scheduled for October 5, 2020. (Doc. No. 46-2; Doc. No. 46-3)

On October 15, the Court ordered Mr. Watkins to file a response explaining why he had not attended his deposition. The response was due by Friday, October 30, 2020. (Doc. No. 48) The Court specifically cautioned Mr. Watkins that his failure to explain why he did not attend his deposition could result in the dismissal of this lawsuit. To date, Mr. Watkins not responded to the October 15, 2020 order or to otherwise explain his failure to attend his deposition.

**III.   Conclusion:**

The Court recommends that Defendant Atkins's motion to dismiss (Doc. No. 46) be GRANTED. Mr. Watkins's claims should be DISMISSED, without prejudice, based on his failure to prosecute this lawsuit.

DATED this 3rd day of November, 2020.

_____
UNITED STATES MAGISTRATE JUDGE