IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

LYNNEL WATKINS                                                      PLAINTIFF

v.                          No. 5:19-cv-180-DPM-BD

ATKINS, Building Major,
Pine Bluff Unit                                                     DEFENDANT

ORDER

Unopposed recommendation, *Doc. 49*, adopted. FED. R. CIV. P. 72(b) (1983 addition to advisory committee notes). Atkins's motion to dismiss, *Doc. 46*, granted. Watkins's remaining claims will be dismissed without prejudice based on his failure to prosecute this lawsuit.

So Ordered.

*/s/ W.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

20 November 2020