IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

LYNNEL WATKINS                                                                    PLAINTIFF

v.                              No. 5:19-cv-180-DPM

TURNER, Sergeant, Pine Bluff Unit;
ATKINS, Building Major, Pine Bluff
Unit; GAYLON LAY, Warden, Pine
Bluff Unit; and DALE MARSHALL REED,
Deputy Assistant Director, Pine Bluff Unit                           DEFENDANTS

## JUDGMENT

Watkins's official capacity claims against Lay and Atkins are dismissed with prejudice. All other claims are dismissed without prejudice.

_____
D.P. Marshall Jr.
United States District Judge

20 November 2020